■ BONNIE DLUGOSZ, Appellant, v EXCHANGE MUTUAL FIRE INSURANCE COMPANY, Defendant and Third-Party Plaintiff-Respondent. LAWRENCE-VAN VOAST, INC., Third-Party Defendant. — Appeal from an order of the Supreme Court at Special Term (Williams, J.), entered January 4, 1984 in Schenectady County, which granted defendant's motion to dismiss that portion of the complaint seeking punitive damages, and granted summary judgment in favor of defendant with respect thereto.

Order affirmed, without costs, upon the opinion of Justice Robert C. Williams at Special Term. Casey, J. P., Weiss, Mikoll, Levine and Harvey, JJ., concur.